

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00250-CV

**IN THE INTEREST OF K.K.R., A CHILD,**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-06-26606-MCV
Honorable Susan D. Reed, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on July 23, 2018. *See* TEX. R. APP. P. 38.6(b), (d). One day after the extended due date, Appellant filed an unopposed second motion for a thirty-day extension of time to file the brief until August 22, 2018. *See id.* R. 10.5(b).

Appellant's motion is GRANTED. Appellant's brief is due on August 22, 2018. Any further motion for an extension of time to file Appellant's brief is discouraged.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court